

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2021

No. 04-21-00131-CV

Sammy Lee **WOODS** Jr.,
Appellant

v.

**FIREBIRD SFE I, LLC,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI00620
Honorable Aaron Haas, Judge Presiding

# O R D E R

The clerk's record and reporter's record in this appeal were due on April 5, 2021. TEX. R. APP. P. 35.1. On April 8, 2021 and April 15, 2021, respectively, the trial court clerk and the official court reporter responsible for preparing the records filed notifications of late record, stating that appellant has failed to (1) request preparation of the records in writing and/or (2) pay or make arrangements to pay the fees for preparing the clerk's record and reporter's record. *See* TEX. R. APP. P. 35.3(a), (b).

We therefore ORDER appellant to file written proof in this court ***no later than ten (10) days*** after the date of this order showing that: (1) he has requested that the trial court clerk prepare the clerk's record and that the official court reporter prepare the reporter's record in compliance with Texas Rules of Appellate Procedure 34.5 and 34.6, respectively; and (2) ***either*** the clerk's and court reporter's fees for preparation of the clerk's record and reporter's record have been paid or payment arrangements have been made, ***or*** appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 34.5, 34.6; 20.1(a); Tex. R. Civ. P. 145.

If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court